| | **O'DWYER & BERNSTIEN, LLP** | |
|---|---|---|
| BRIAN O'DWYER▫ | | PAUL O'DWYER (1907-1998) |
| GARY SILVERMAN | ATTORNEYS AT LAW | OSCAR BERNSTIEN (1885-1974) |
| CHRISTOPHER DOWNES* | PAUL O'DWYER WAY | FRANK DURKAN (1930-2006) |
| VICTOR GRECO | 52 DUANE STREET | |
| CODY K. M<sup>c</sup>CONE | NEW YORK, N.Y. 10007 | OF COUNSEL: |
| MARIANNA O'DWYER | (212) 571-7100 | MICHAEL CARROLL |
| J. P. DELANEY | FAX (212) 571-7124 | THOMAS J. HUGHES, JR. |
| JASON S. FUIMAN▫Δ* | | |
| STEVEN ARIPOTCH | | |
| M. GLADYS T. ORANGA | | * ALSO ADMITTED IN NJ |
| ANDREW R. GRABOIS | | Δ ALSO ADMITTED IN PA |
| JOY K. MELE* |  | ▫ ALSO ADMITTED IN DC |
| ZACHARY R. HARKIN | | |
| BRADLEY L. WALDMAN | | WRITER'S DIRECT DIAL |
| IAN K. HENDERSON* | | |
| BEENA AHMAD* | | |

September 20, 2013

**VIA ECF**
Hon. Arlene R. Lindsay, USMJ
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

   Re: <u>Tankiewicz v. United Service Workers Union Local 74 and Pinelawn Cemetary</u>[1]
     Index No. 13-CV-3914 (JS)(ARL)

Dear Judge Lindsay:

  We represent defendant United Service Workers Union Local 74 ("Local 74") in the above-referenced action. We write in order to respectfully request an extension of Local 74's deadline to answer or otherwise respond to the complaint, which is currently September 25, 2013.

  Specifically, Local 74 respectfully requests an extension of the above deadline until October 11, 2013. Plaintiff and defendant Pinelawn Cemetery have consented to Local 74's request through their respective counsel. This is Local 74's second request for an extension of time to answer or respond to the complaint. In exchange for plaintiff's consent to this request, Local 74 hereby waives all defenses related to jurisdiction based on service of process.

  In order to maintain a uniform briefing schedule, the parties have also agreed to similarly extend defendant Pinelawn Cemetery's time to answer or respond to the complaint until October 11, 2013, subject to the Court's approval of Local 74's above request.

  We thank the Court for its consideration of this request.

            Respectfully yours,
            O'DWYER & BERNSTIEN, LLP

            _____
            ZACHARY HARKIN

cc: Hon. Joanna Seybert, USDJ (via ECF)
   Edward Sample, Esq. (via ECF)
   Eve Klein, Esq. (via ECF)

---

[1] [sic]