# EXHIBIT "C"

## Mike Herron

**From:** Mike Herron [mherron@local74.org]
**Sent:** Wednesday, April 03, 2013 10:06 AM
**To:** 'Justin Locke'
**Cc:** mherron@local74.org
**Subject:** BRADLET TANKIEWIECZ TERMINATION

Dear Mr. Locke,

This is to inform you that Union Local 74 is grieving the termination of Mr. Bradley Tankiewiecz. Please contact me so we can set a date to meet in an effort to resolve this issue.

I am also, at this time, requesting any documentation including statements that you have regarding this very serious charge against Mr. Tanliewiecz.

Thank you,
Mike Herron
Business Rep.
Local 74